PAUL H. WENDEL, Appellant, *v.* HAROLD G. HOFFMAN,
Respondent, Impleaded with Others.

Argued September 30, 1940; decided October 8, 1940.

*Ilo Orleans* for motion.

*Thomas L. Zimmerman, Jr.,* and *Nathan Goldman* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion, on the ground that no judgment has been entered finally determining the action.